499

**No. 43809.**—Protest 987126–G of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by BROWN, J. From the record it was found that the iron pictures in question are similar to those the subject of Abstract 37003. The claim at 45 percent under paragraph 397 was therefore sustained.